U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAR 14 PM 2:59

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

THINK FOOD GROUP,

    Plaintiff,

v.

UR JADDOU, Director, U.S. Citizenship & Immigration Services,

    Defendant.

Civil Action No. 2:23-00482-GWC

## JOINT STIPULATION

Now come the parties, by and through their undersigned counsel, and propose this joint stipulation for a briefing schedule on cross motions for summary judgment in the above-captioned matter.

The parties have consulted the Court's Local Rules and reviewed the "Stipulated Discovery Schedule/Order" available on the Court's website. Since discovery is not required in this Administrative Procedure Act matter, and because the defendant has already filed her certified administrative record (ECF #5), the Court's normal form is not particularly suited for the parties' proposed briefing schedule:

1. The plaintiff's motion for summary judgment will be due on April 8, 2024;

2. The defendant's motion for summary judgment and opposition to the plaintiff's motion for summary judgment will be due on May 8, 2024;

3. The plaintiff's reply brief will be due on May 22, 2024; and

4. The defendant's reply brief will be due on June 5, 2024.

The parties respectfully request that this Court adopt these deadlines.

DATED: March 13, 2024                           Respectfully submitted,

/s/ *Brian Scott Green*
Brian Scott Green
Colorado State Bar ID # 56087
Law Office of Brian Green
9609 S University Boulevard, #630084
Littleton, CO 80130
Phone (443) 799-4225
Email: BrianGreen@greenUSimmigration.com

Local Counsel for Plaintiff

/s/Ava C. Benach
Ava C. Benach
Motion for Admission *pro hac vice* forthcoming
Benach Collopy LLP
4530 Wisconsin Avenue, NW, Suite 400
Washington, DC 20015
Phone: (202) 644-8600
Fax: (202) 644-8615
Email: acbenach@benachcollopy.com

Lead Counsel for Plaintiff

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

/s/ *Brian V. Schaeffer*
BRIAN V. SCHAEFFER
Trial Attorney
United States Department of Justice
Civil Division
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

In Re: Think Food Group v. Ur M. Jaddou                                        Case No. 2:23-CV-482

Phone: (202) 598-7311
Fax: (202) 305-7000
Email: brian.schaeffer@usdoj.gov

*Attorneys for Defendant*

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 14th day of March, 2024.

_____
Geoffrey W. Crawford, Chief Judge
U.S. District Court